# Court of Appeals
# of the State of Georgia

ATLANTA,  July 07, 2023

*The Court of Appeals hereby passes the following order:*

**A23I0248. ROBERT ONEAL v. THE STATE.**

Robert ONeal filed the instant application for interlocutory review of the trial court's order denying his motion to suppress evidence. To obtain review of the order, ONeal was required to comply with the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b), including obtaining a certificate of immediate review from the trial court within ten days of the order and filing an application within ten days of the certificate. See *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989); *Holton v. State*, 173 Ga. App. 249, 249-250 (326 SE2d 240) (1985). However, the application materials do not include any ruling from the trial court authorizing immediate review of the order, and only include ONeal's motion for a certificate of immediate review. The absence of a certificate of immediate review deprives this Court of jurisdiction over this application, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  07/07/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.